# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: LUIS A HERNANDEZ RAMOS
ANA L DIAZ CRUZ

Bkrtcy. No. 10-11644-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Dec 13, 2010 | Meeting Date: Jan 14, 2011 | DC Track No. 12 |
| Days from petition date: 32 | Meeting Time: 11:00 AM | |
| 910 Days before Petition: 6/16/2008 | ☐ Chapter 13 Plan Date: Dec 13, 2010 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) _____ Bankruptcy petition. | Plan Base: $52,500.00 | |
| This is the _____ Scheduled Meeting | Confirmation Hearing Date: Feb 11, 2011 | Time: 2:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.    Date    Amount | Total Paid In: $0.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference    ☒ Creditor(s) present: BPPR - Gutierrez    ☐ None.

☐ Debtor Present    ☐ ID & Soc. OK    ☐ Debtor Absent
☐ Joint Debtor Present    ☐ ID & Soc. OK    ☐ Joint Debtor Absent
Debtor(s) was/were    ☐ Examined    ☐ Not Examined under oath.
Attorney for Debtor(s)    ☐ Present    ☐ Not Present
☐ Substitute attorney:    ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**    Attorney of record: **JOSE PRIETO CARBALLO***
Total Agreed: $3,000.00    Paid Pre-Petition: $0.00    Outstanding: $3,000.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:**    ☐ For Failure to appear;    ☒ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are)    ☐ Under    ☐ Above Median Income.    Liquidation Value: _____
Commitment Period is    ☐ 36    ☐ 60 months.    [§1325(b)(1)(B)] Gen. Unsecured Pool: _____
The Trustee    ☐ RECOMMENDS    ☐ OBJECTS    Plan confirmation.
§341 Meeting    ☐ CONTINUED    ☒ NOT HELD    ☐ CLOSED    ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**

☐ FEASIBILITY [§1325(a)(6)]    ☐ INSUFFICIENTLY FUNDED    ☐ To pay §507    ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS    ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements    ☐ Plan not filed in Good Faith §1325(a)(3)    ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

Business documents were filed yesterday and Debtor has failed to commence payments.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jan 14, 2011