IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-11644 BKT

LUIS A HERNANDEZ RAMOS

Chapter 13

ANA L DIAZ CRUZ

XXX-XX-8314

XXX-XX-2650

FILED & ENTERED ON 06/20/2011

Debtor(s)

### ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #39), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20 day of June, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C:   All creditors
     F/up